UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 15017
JAMES M GRAZIANO
MARY ANN GRAZIANO                             CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

          Debtor
SSN XXX-XX-9857      SSN XXX-XX-8850

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/15/04 and confirmed on 06/11/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  36000.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 9585.50 | .00 | 9585.50 |
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |
| KEYBANK NATIONAL ASSOCIA | SECURED VEHIC | 11859.96 | 1153.01 | 11859.96 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12380.24 | .00 | 2228.44 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5591.00 | .00 | 1006.38 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4911.86 | .00 | 884.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5240.94 | .00 | 943.37 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12474.56 | .00 | 2245.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 960.33 | .00 | 172.86 |
| HSBC | UNSECURED | 4385.54 | .00 | 789.40 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE | COST OF COLLE | 395.00 | .00 | 395.00 |
| GREENBERG & ASSOC | ORIGINAL ATTO | 2500.00 | .00 | 2500.00 |

          Summary of disbursements:
-------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 21445.46 | 2895.00 | 45944.47 | .00 | 70284.93 |
| PRINCIPAL PAID | 21445.46 | 2895.00 | 8270.00 | .00 | 32610.46 |
| INTEREST PAID | 1153.01 | .00 | .00 | .00 | 1153.01 |
| TOTAL PAID | 22598.47 | 2895.00 | 8270.00 | .00 | 33763.47 |

The Debtor's attorney, SARAH L POEPPEL                , was allowed $   646.00
and was paid $    146.00  direct and $    500.00  through the plan.

The Trustee received $   1528.91 .

Refunds to the Debtor totaled $    207.62 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 05/21/08                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE













                       PAGE  2
        CASE NO. 04 B 15017 JAMES M GRAZIANO & MARY ANN GRAZIANO